FILED
SEP - 4 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | 5:25 CR 430 |
| v. ) | CASE NO. _____ |
| ) | Title 26, United States Code, |
| ROBERT HAZEL, ) | Sections 5841, 5861(a), 5861(d) |
| ) | and 5871 |
| Defendant. ) | |

JUDGE ADAMS

COUNT 1
(Engaging in the Business of Manufacturing and Dealing Firearms without a License,
26 U.S.C. §§ 5861(a) and 5871)

The Grand Jury charges:

1. On or about August 18, 2025, in the Northern District of Ohio, Eastern Division, Defendant ROBERT HAZEL, knowingly engaged in the business of manufacturing and dealing in firearms, as defined in Title 26, United States Code, Sections 5845(a)(3), to wit: a silencer, without having paid the special occupational tax required by Title 26, United States Code, Section 5801, and without having registered as required by Title 26, United States Code, Section 5802, in violation of Title 26, United States Code, Sections 5861(a) and 5871.

## COUNT 2
(Possession of Unregistered Firearms, 26 U.S.C. §§ 5841, 5861(d), and 5871)

The Grand Jury further charges:

2. On or about August 18, 2025, in the Northern District of Ohio, Eastern Division, Defendant ROBERT HAZEL did knowingly possess a firearm, as defined in Title 26, United States Code, Sections 5845(a)(3), to wit: a silencer, bearing no serial number and not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ROBERT HAZEL, shall forfeit to the United States any firearm involved in the commission of the violations charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.